

# In the United States Court of Federal Claims

No. 17-1449C
(Filed February 14, 2018)
NOT FOR PUBLICATION

FILED

FEB 1 4 2018

U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * *
                               *
                               *
                               *
ANGELIQUE NICHOLE              *
BANKSTON,                      *
                               *
              Plaintiff,       *
                               *
      v.                       *
                               *
THE UNITED STATES,             *
                               *
              Defendant.       *
                               *
                               *
* * * * * * * * * * * * * * * *
```

## ORDER

Plaintiff, Angelique Nichole Bankston, filed a complaint with this Court on October 4, 2017. Along with her complaint, plaintiff also filed a motion requesting that this Court set aside the judgment of another court, ostensibly under Rule 60(b) of the Rules of the United States Court of Federal Claims (RCFC). ECF No. 4. Plaintiff misunderstands this rule, no doubt because she is proceeding without counsel. Under RCFC 60, our court may only set aside one of its prior judgments, not those of other courts. *Haddad v. United States*, Nos. 15-640C & 15-820C, 2015 WL 7730933, at *2 n.6 (Fed. Cl. Nov. 30, 2015) (citing *Carney v. United States*, 199 Ct. Cl. 160, 162–64 (1972)). This motion is accordingly **DENIED**, as RCFC 60 does not empower this Court to provide the relief plaintiff requests.

**IT IS SO ORDERED.**

VICTOR J. WOLSKI
Judge